RECEIVED
MAY 0 8 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Matthew Dalbec,
Plaintiff,

26-cv-2546-ECT/DTS

vs.

Federal Motor Carrier Safety Administration (FMCSA),
U.S. Department of Transportation,
Minnesota Department of Public Safety (DPS),
Defendants.

🚨 EMERGENCY – TIME SENSITIVE (MAY 19, 2026 DEADLINE)

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

I. INTRODUCTION

1. Plaintiff brings this action to compel agency action unlawfully withheld and unreasonably delayed.
2. Plaintiff filed a Data Q petition on April 14, 2025.
3. On November 14, 2025, FMCSA responded validity of refusal cannot be challenged under this regulation, would need to request administrative review.
4. Plaintiff submitted request for administrative review on November 23, 2025.
5. Almost six months have passed with no determination on administration review and almost 13 months since petition was filed.
6. Plaintiff made repeated follow-ups with FMCSA, all documented with reference numbers.
7. Plaintiff faces imminent loss of CDL status on May 19, 2026.

II. JURISDICTION

LT SCANNED
MAY 0 8 2026
U.S. DISTRICT COURT MPLS

This Court has jurisdiction under:
* 28 U.S.C. § 1331
* 28 U.S.C. § 1361
* 5 U.S.C. §§ 701–706

III. FACTS

* 4/14/2025 – Data Q petition filed
* 11/14/2025 – FMCSA response
* 11/23/2025 – Administrative review requested

<u>Follow-up calls (with reference numbers):</u>
6/13/2025 Reference #250613-005599

9/18/2025 Reference #250918-001514

10/17/2025 Reference #251017-001123

2/3/2026 Reference #260203-006060

2/6/2026 Reference #260206-003176

2/23/2026 Reference #260223-006991

4/3/2026 Reference #260403-002343

4/9/2026 Reference #260409-005977

4/20/2026 Reference #260420-008193

4/30/2026 Reference #260430-007474

5/6/2026 Reference #260506-004795

No decision has been issued.

Minnesota DPS has imposed a May 19, 2026 deadline requiring full CDL retesting if Plaintiff remains in prohibited status.

IV. CLAIMS

Count I – APA (Unreasonable Delay)

FMCSA has failed to act within a reasonable time.

Count II – Mandamus

V. RELIEF REQUESTED

* Order FMCSA to issue a decision within 7 days
* Prevent CDL-related penalties until decision issued
* Any further relief the Court finds proper

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff requests:

1. Immediate relief preventing Minnesota DPS from enforcing CDL retesting
2. Preservation of CDL status
3. Expedited FMCSA decision

GROUNDS

**Likelihood of Success:** Administrative remedies exhausted
**Irreparable Harm:** Loss of CDL and livelihood
**Balance of Harms:** Minimal burden on agency
**Public Interest:** Enforcement of legal timelines

APPLICATION TO PROCEED WITHOUT PREPAYING FEES (IFP)

I, Matthew Dalbec, declare:
* I cannot afford filing fees
* Income: $0
* Expenses: $3,178
* Assets: $50,000

I declare under penalty of perjury this is true.

Signed: Matthew Dalbec
Date: May 7, 2026