Gmail

Matt D <dalbecenterprises78@gmail.com>

## DataQs 5299398 - Request Entered

1 message

**DataQs Desk** <no-reply@dot.gov> Mon, Apr 14, 2025 at 10:46 AM
To: dalbecenterprises78@gmail.com

The following request for a data review was assigned to FMCSA Drug & Alcohol Clearinghouse.

**Request ID Number**: 5299398
**Request Type**: Drug and Alcohol Clearinghouse
**USDOT#**:
**Company Name**:
**Entered By**: Dalbec, Matthew

**Clearinghouse Record ID #**: TEST.39XAB4.VNZO
**Explanation**: Please refer to: Code of Federal Regulations 382.107 Definitions Refuse to submit (to alcohol or controlled substances test) means that a driver: Paragraph (2) Statue States "FOR A PRE-EMPLOYMENT TEST IS NOT DEEMED TO HAVE REFUSED TO TEST Attached to file
**Review Reason**: Refusal to test violation did not comply with reporting requirements

LT SCANNED
MAY 08 2026
U.S. DISTRICT COURT MPLS

RECEIVED
MAY 08 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Gmail

Matt D <dalbecenterprises78@gmail.com>

# DataQs 5299398 - Response Added

1 message

**DataQs Desk** <no-reply@dot.gov>
To: dalbecenterprises78@gmail.com

Fri, Nov 14, 2025 at 11:43 AM

The following request was responded to by an FMCSA Reviewer (FMCSA Clearinghouse)

**ID#:** 5299398
**Report #:**

The status was updated. To view what the status means, visit this frequently asked question.
**Status prior to response:** Clearinghouse - Petition Received
**Status after response:** Clearinghouse - Closed Dismissed

**Response Description:**
On April 14, 2025, FMCSA received a petition requesting review of a refusal to test violation reported to the FMCSA Drug and Alcohol Clearinghouse.

Under 49 CFR 382.717(a)(1), petitioners may request only that administrative errors be corrected (e.g., errors in data entry or a duplicate report of a positive test result); petitioners may not contest the accuracy of test results, test refusals, or other violation information under this provision. You asserted that you did not refuse a drug test but failure to provide sufficient specimen within three hours and/or failure to provide a sufficient medical explanation to the Medical Review Officer within 5 days is considered a refusal to test under 40.191/40.193.

Therefore, your petition challenges the validity of the refusal, which is not a basis for removal under this regulation and the violation will remain in your Clearinghouse record.

As provided in 49 CFR 382.717(f), you may request that FMCSA conduct an administrative review of this decision if you believe it is in error.

This automated email was sent from the Federal Motor Carrier Safety Administration's DataQs system.

If you login to the DataQs system directly, please go to https://dataqs.fmcsa.dot.gov to view this request and to respond.
If you login to the DataQs system via the FMCSA's Portal, please go to https://portal.fmcsa.dot.gov to view this request and to respond.

RECEIVED
MAY 08 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Gmail

Matt D <dalbecenterprises78@gmail.com>

## DataQs 5299398 - Response Added

1 message

**DataQs Desk** <no-reply@dot.gov> Sun, Nov 23, 2025 at 11:10 AM
To: dalbecenterprises78@gmail.com

The following request was responded to by an FMCSA Reviewer

**ID#:** 5299398
**Report #:**

The status was updated. To view what the status means, visit this frequently asked question.
**Status prior to response:** Clearinghouse - Closed Dismissed
**Status after response:** Clearinghouse - Petition Received

**Response Description:**
I would like to request a administrative review or a court date:
I've sent documentation showing procedural errors were made in reference to drug screen. A copy of the only consent form I signed/dated 4/18/25 to which is sign/dated after the innial drug screen on 4/10/25 to which does not authorize Minnesota Occupational Health to collect and process "said" sample, hence a illegal search.
Patient confidentiality was not followed in clinic, collector decided to have a confrontational conversation in hallway for others to here pertaining to drug screen.

This automated email was sent from the Federal Motor Carrier Safety Administration's DataQs system.

If you login to the DataQs system directly, please go to https://dataqs.fmcsa.dot.gov to view this request and to respond.
If you login to the DataQs system via the FMCSA's Portal, please go to https://portal.fmcsa.dot.gov to view this request and to respond.

RECEIVED
MAY 0 8 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Exhibit D

Follow-up calls (with reference numbers):

* 6/13/2025 Reference #250613-005599

*9/18/2025 Reference #250918-001514

*10/17/2025 Reference #251017-001123

*2/3/2026 Reference #260203-006060

2/6/2026 Reference #260206-003176

2/23/2026 Reference #260223-006991

4/3/2026 Reference #260403-002343

4/9/2026 Reference #260409-005977

4/20/2026 Reference #260420-008193

4/30/2026 Reference #260430-007474

5/6/2026 Reference #260506-004795

RECEIVED
MAY 08 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Exhibit E

# Minnesota Department of Public Safety

## Driver and Vehicle Services

445 Minnesota Street • Suite 175 • Saint Paul, Minnesota 55101
Driver Services Phone: 651-297-5029 • Vehicle Services Phone: 651-297-2126
IRP/IFTA Phone: 651-205-4141 • TTY: 651-282-6555 • Website: drive.mn.gov

MATTHEW DALBEC
701 BREMEN CIR
WAVERLY MN 55390-5428

**Date Issued:** May. 19, 2025
**Letter ID:** L0079271545

**NOTICE OF DOWNGRADE OF YOUR COMMERCIAL DRIVING PRIVILEGE**

Dear MATTHEW DALBEC:

The Minnesota Department of Public Safety Driver and Vehicle Services division (DVS) is notifying you that your commercial driver's license (CDL) has been downgraded because you are currently listed in the Federal Motor Carrier Safety Administration's (FMCSA) Drug and Alcohol Clearinghouse (Clearinghouse) as prohibited from operating a commercial motor vehicle (CMV) under 49 C.F.R. 382.501(a). A CDL downgrade means that the CDL or commercial learner's permit (CLP) privilege is removed and you are not able to drive a commercial vehicle. This downgrade does not affect your standard Class D driving privileges.

**How to resolve your prohibited driver status in the Clearinghouse**

Please visit https://clearinghouse.fmcsa.dot.gov and log in to the Clearinghouse to view the violation information in your Clearinghouse driver record. A driver who engages in conduct prohibited by 49 C.F.R. part 382, subpart B must successfully complete the return-to-duty (RTD) process with a qualified substance abuse professional.

Scan this code for additional information on the Clearinghouse and the RTD process or call 1-800-832-5660.

You will need to visit an office near you to downgrade and apply for a class D driver's license. The cost for a class D driver's license is $46. Visit drive.mn.gov to locate an office.

Once you have completed the RTD process and your Clearinghouse status is no longer prohibited, you will need to reapply for your CDL by 19-May-2026 (one year from downgrade) to avoid retesting.

If your CDL has been downgraded for more than one year, you will need to start the process over and apply for a CLP.

Sincerely,

Commercial Driver's License Unit
Driver and Vehicle Services
Minnesota Department of Public Safety

RECEIVED
MAY 08 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

DataQs

U.S. Department of Transportation
Federal Motor Carrier Safety Administration

Exhibit F 1of5

# Detailed view of ID# 5299398

Date Entered: 04/14/2025
USDOT#: N/A
Assigned Agency#: 844-955-0207
Type: Drug and Alcohol Clearinghouse
Status: Clearinghouse - Petition Received
Assigned to: Drug and Alcohol Clearinghouse

## Request Summary

### Requestor Profile

**Name:** Matthew Dalbec
**Username:** dalbecenterprises78
**User Role:** Commercial Driver
**Company/Agency Name:** NA
**USDOT#:**
**Address:** 701 Bremen Cir
**City/State/Zip:** Waverly, MN 55390
**Phone:** 612-290-9655
**Fax:**
**Email Address:** dalbecenterprises78@gmail.com

### Explanation of Request for Review of Clearinghouse Information

**Petition Type:**
Refusal to test violation did not comply with reporting requirements
**Supporting Document:** CH Doc.pdf

**Clearinghouse Record ID: TEST.39XAB4.VNZO**

**Why do you want FMCSA to review this information?:**
Please refer to: Code of Federal Regulations 382.107 Definitions Refuse to submit (to alcohol or controlled substances test) means that a driver: Paragraph (2) Statue States "FOR A PRE-EMPLOYMENT TEST IS NOT DEEMED TO HAVE REFUSED TO TEST Attached to file

### Detailed Information

**Type of submitter:** Driver

### CDL Driver Information as Appears in the Clearinghouse

**First Name:** Matthew
**Middle Name:** Lee
**Last Name:** Dalbec
**Mailing Address:** 701 Bremen Cir
**Mailing Address 2:** 701 Bremen Cir
**Country:** US
**Mailing City:** Waverly
**Mailing State:** MN
**Mailing Zip:** 55390
**Phone:** 612-290-9655
**Email:** dalbecenterprises78@gmail.com

RECEIVED
MAY 08 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

### CDL Driver License Information as Appears in the Clearinghouse

**License Number:** P276-175-415-815
**Country:** US
**State:** MN

### 382.717(e) Request

**Can you provide evidence or other documentation that this violation is preventing you from performing safety-sensitive functions in accordance with** § 382.717(e)**?**
Yes

# Response List

Exhibit F 2 of 5

**Response Date:** 04/24/2026 02:09 PM

**Entered By:** Matthew Dalbec

**Phone:** 612-290-9655

**Status Changed to:** Clearinghouse - Petition Received

**Status Prior to Response:** Clearinghouse - Petition Received

**Agency Name:** Commercial Driver

**Response Description:** Subject: Formal/Final Demand for Agency Action – FMCSA Clearinghouse / Data Q's Delay
4/24/2026

To Whom It May Concern,

I am writing to formally request immediate action on my pending matter with the Federal Motor Carrier Safety Administration (FMCSA) Clearinghouse and associated Data Q's review.

My case has now been pending for over one year without resolution. I have submitted all required documentation and identified procedural errors affecting my prohibited status. Despite this:

* I submitted a Data Q's request and follow-up with a 30-day response deadline, which has passed with no response.
* A Congressional inquiry was initiated on my behalf over one month ago, with no response from FMCSA.
* A complaint was filed with the U.S. Department of Transportation Office of Inspector General, also with no response to date.

This delay is unreasonable and in violation of the Administrative Procedure Act, including 5 U.S.C. § 555(b), which requires agencies to conclude matters within a reasonable time.

Accordingly, I am requesting:

1. Immediate status update on my case
2. Assignment to a reviewing or supervisor
3. A definitive timeline for final agency action

If I do not receive a substantive response within seven (7) days of receipt of this letter, I will pursue all available remedies, including seeking relief in federal court for unreasonable agency delay.

Please note that this matter directly affects my commercial driving privileges and livelihood.

I expect prompt attention to this matter.

Sincerely,
Matthew Dalbec
dalbecenterprises78@gmail.com
612.290.9655
Petition #5299398
CDL P276175415815 MN

**Response Date:** 02/27/2026 11:23 AM

**Entered By:** Matthew Dalbec

**Phone:** 612-290-9655

**Status Changed to:** Clearinghouse - Petition Received

**Status Prior to Response:** Clearinghouse - Petition Received

**Agency Name:** Commercial Driver

**Response Description:** February 27, 2026

To Whom It May Concern:

I am writing to formally demand final agency action regarding my pending FMCSA Drug and Alcohol Clearinghouse Administrative Review request, which has now been pending for over ten (10) months without resolution.

The violation at issue was reported as: "Failed to provide a sufficient specimen without medical explanation."

However, the underlying facts reflect that:

1. I provided a urine specimen at the time of testing.
2. The collector indicated the specimen was "out of temperature range."
3. I was instructed that I would need to wait three hours to provide another specimen or it would be considered a refusal. I wasn't explained clearly to understand that refusal would be subject to reporting requirements to FMCSA, or the repercussions.
4. No shy bladder protocol was completed.
5. I was never instructed to obtain a medical evaluation within five days.
6. I was never contacted by the MRO regarding a required medical evaluation.
7. No medical referral was provided.
8. No specimen was sent to a laboratory for testing.

Under 49 C.F.R. Part 40, a determination of "failed to provide a sufficient specimen without medical explanation" requires completion of the regulatory shy bladder procedures, including a medical evaluation process. To date, no such process occurred.

Additionally, the Custody and Control Form appears to contain multiple material omissions.

Because this matter directly affects my ability to perform safety-sensitive functions and impacts my livelihood, continued agency inaction constitutes an unreasonable delay under the Administrative Procedure Act.

Accordingly, I respectfully demand that FMCSA issue a final written determination within thirty (30) days of receipt of this correspondence.

If final agency action is not issued within that time, I will consider seeking appropriate relief in federal court to compel agency action unlawfully withheld.

Please also treat this correspondence as a request for the complete administrative record related to this determination, including but not limited to:

- All Custody and Control Form copies
- Collector statements
- MRO notes and determinations
- DER communications
- Clearinghouse reporting documentation

I appreciate your prompt attention to this matter,

Sincerely,
Matthew Dalbec
Email: dalbecenterprises78@gmail.com Phone: 612.290.9655

**Response Date:** 02/16/2026 01:58 PM

**Entered By:** Matthew Dalbec

**Phone:** 612-290-9655

**Status Changed to:** Clearinghouse - Petition Received

**Status Prior to Response:** Clearinghouse - Petition Received

**Agency Name:** Commercial Driver

**Supporting Document:** FMC Clearinghouse Letter.docx, Image.jpeg

**Response Description:** The reported drug test refusal for 4/11/2025 was misclassified as "failed to provide a sufficient specimen without medical explanation." The Copy 2 MRO documentation (custody control form) shows multiple missing or incomplete required fields (collector/donor signatures, specimen volume, time of collection, collection type markings, refusal to test markings, test cancelled markings, date of birth, email address) and no observed recollection was documented, meaning the reported violation is not properly supported under DOT Part 40 procedures. Therefore, the integrity of this collection site is being called into question. Please review all attached files in reference to removing the "prohibited" status.

**Response Date:** 01/29/2026 12:42 PM

**Entered By:** Matthew Dalbec

**Phone:** 612-290-9655

**Status Changed to:** Clearinghouse - Petition Received

**Status Prior to Response:** Clearinghouse - Petition Received

**Agency Name:** Commercial Driver

**Response Description:** I am following up here to get a update on my administrative review request, It has now been 9 1/2 months
Please advise where we are at with this administrative petition review or if we can move on to a court hearing to get this resolved

**Response Date:** 01/08/2026 09:58 AM

**Entered By:** Matthew Dalbec

**Phone:** 612-290-9655

**Status Changed to:** Clearinghouse - Petition Received

**Status Prior to Response:** Clearinghouse - Petition Received

**Agency Name:** Commercial Driver

**Response Description:** I would like to request a expedited administrative review. Otherwise please advise how to go about getting a court hearing on the calendar, to dispute the errors and or inaccurate information against me, to which put me in a prohibited status.

**Response Date:** 12/30/2025 12:49 PM

**Entered By:** Matthew Dalbec

**Phone:** 612-290-9655

**Status Changed to:** Clearinghouse - Petition Received

**Status Prior to Response:** Clearinghouse - Petition Received

**Agency Name:** Commercial Driver

**Supporting Document:** request for 2nd review fmcsa.docx

**Response Description:** Initially added this statement to supporting documents on12/4/2025
however apparently it didn't get added, because it's not visible in the supporting documents?

**Response Date:** 11/23/2025 12:10 PM

**Entered By:** Matthew Dalbec

**Phone:** 612-290-9655

**Status Changed to:** Clearinghouse - Petition Received

**Status Prior to Response:** Clearinghouse - Closed Dismissed

**Agency Name:** Commercial Driver

**Response Description:** I would like to request a administrative review or a court date:

I've sent documentation showing procedural errors were made in reference to drug screen. A copy of the only consent form I signed/dated 4/18/25 to which is sign/dated after the innial drug screen on 4/10/25 to which does not authorize Minnesota Occupational Health to collect and process "said" sample, hence a illegal search.
Patient confidentiality was not followed in clinic, collector decided to have a confrontational conversation in hallway for others to here pertaining to drug screen.

**Response Date:** 11/14/2025 12:43 PM
**Entered By:** FMCSA Clearinghouse
**Phone:** 844-955-0207

**Status Changed to:** Clearinghouse - Closed Dismissed
**Status Prior to Response:** Clearinghouse - Petition Received
**Agency Name:** FMCSA Clearinghouse

**Response Description:** On April 14, 2025, FMCSA received a petition requesting review of a refusal to test violation reported to the FMCSA Drug and Alcohol Clearinghouse.

Under 49 CFR 382.717(a)(1), petitioners may request only that administrative errors be corrected (e.g., errors in data entry or a duplicate report of a positive test result); petitioners may not contest the accuracy of test results, test refusals, or other violation information under this provision. You asserted that you did not refuse a drug test but failure to provide sufficient specimen within three hours and/or failure to provide a sufficient medical explanation to the Medical Review Officer within 5 days is considered a refusal to test under 40.191/40.193.

Therefore, your petition challenges the validity of the refusal, which is not a basis for removal under this regulation and the violation will remain in your Clearinghouse record.

As provided in 49 CFR 382.717(f), you may request that FMCSA conduct an administrative review of this decision if you believe it is in error.

**Response Date:** 10/27/2025 11:46 AM
**Entered By:** Matthew Dalbec
**Phone:** 612-290-9655

**Status Changed to:** Clearinghouse - Petition Received
**Status Prior to Response:** Clearinghouse - Petition Received
**Agency Name:** Commercial Driver

**Response Description:** I've sent you exhibit A showing the wrong date/time
Of drug screen appointment (Dated 4/9/2025 @ 9:15 am)
I've sent you a copy of the only consent form I signed dated 4/18/2025 after the initial drug screen on 4/10/2025 was administered at Minnesota Occupational Health. To which does not authorize Minnesota Occupational Health to collect and process "said" sample, hence a illegal search and should invalidate/cancel "said" test.
I've sent a copy of statue 382.107 paragraph (3)
Stating "Fail to provide a urine specimen for any drug test required by this part or DOT agency regulations.provided, that a employee who does not provide a urine specimen because he or she has left the testing site before testing process commences " FOR A PRE EMPLOYMENT TEST IS NOT DEEMED TO HAVE REFUSED TO TEST"

**Response Date:** 05/27/2025 10:37 AM
**Entered By:** Matthew Dalbec
**Phone:** 612-290-9655

**Status Changed to:** Clearinghouse - Petition Received
**Status Prior to Response:** Clearinghouse - Petition Received
**Agency Name:** Commercial Driver

**Response Description:** I, Matthew Dalbec am requesting an expedited review.

See all the attached documents, for removal of violation on the Clearinghouse.

It has exceeded 30 business days.

And I am unable to work due to this circumstance

**Response Date:** 05/27/2025 10:26 AM
**Entered By:** Matthew Dalbec
**Phone:** 612-290-9655

**Status Changed to:** Clearinghouse - Petition Received
**Status Prior to Response:** Clearinghouse - Petition Received
**Agency Name:** Commercial Driver

**Supporting Document:** Consent Form .jpg
**Response Description:** Supporting document for review of the removal of violation on the Clearinghouse.

Please note the Consent Form date is dated after the drug screen date.

**Response Date:** 04/24/2025 04:36 PM
**Entered By:** Matthew Dalbec
**Phone:** 612-290-9655

**Status Changed to:** Clearinghouse - Petition Received
**Status Prior to Response:** Clearinghouse - Petition Received
**Agency Name:** Commercial Driver

**Supporting Document:** Exhibit B.pdf, Exhibit A.pdf
**Response Description:** Exhibit A - The official paperwork date does NOT match with the date the urine sample was taken.

Exhibit E 5 of 5

Exhibit B- Donor did NOT refuse to provide a valid sample, sample was provided.

*Urine cup was most likely defective, it did read temp. I asked them to use a new temp strip or cup to verify, and they would NOT. Unfortunately, I could stay an additional three plus hours being requested, as I had a schedule to keep. I am the caregiver/parent of a Autistic Non-verbal child and out of options.

## Documents List

Supporting Documents

| Title Name | Document Name | Date Uploaded | Size |
|---|---|---|---|
| statement | request for 2nd review fmcsa.docx | 12/30/2025 12:46 PM | 0.02 MB |
| MRO Copy Custody and control form | Image.jpeg | 02/16/2026 01:53 PM | 0.28 MB |
| Evidence to overturn test refusal | FMC Clearinghouse Letter.docx | 02/16/2026 01:52 PM | 0.02 MB |
| Exhibit B | Exhibit B.pdf | 04/24/2025 04:19 PM | 0.03 MB |
| Exhibit A | Exhibit A.pdf | 04/24/2025 04:18 PM | 0.04 MB |
| Other evidence to support RDR | Consent Form .jpg | 05/27/2025 10:22 AM | 4.00 MB |
| Other evidence to support RDR | CH Doc.pdf Original Upload | 04/14/2025 11:34 AM | 0.20 MB |