UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-02546-ECT-DTS

Matthew Dalbec,

Plaintiff,

v.

Federal Motor Carrier Safety Administration,

Defendant.

**DECLARATION OF ANTHONY P. BARROWS**

Anthony P. Barrows, for his declaration under 28 U.S.C. § 1746 states as follows:

1. I am an adult, competent, and have personal knowledge of the facts stated herein.

2. I am an Assistant U. S. Attorney and am one of the attorneys representing Defendant herein.

3. The following exhibits attached to this declaration were sent to me by email by my contacts within Federal Motor Carrier Safety Administration (FMCSA) and are a true and accurate copy of records maintained by FMCSA in the ordinary course of FMCSA business:

   a. Exhibit A is a copy of the Custody and Control Form generated April 10, 2025;

b. Exhibit B is a copy of the Consent Form for Pre-Employment Testing, signed by Plaintiff April 10, 2025;

c. Exhibit C is a copy of the Lab Results Form, generated April 11, 2025;

d. Exhibit D is a copy of the Clearinghouse Driver Record for Plaintiff;

e. Exhibit E is a copy of the Request for Data Review generated in DataQs;

f. Exhibit F is a copy of the Final Order on Administrative Review, generated on July 21, 2026; and

g. Exhibit G is a copy of the Initial Privacy Act Decision, generated on September 29, 2026.

I declare under penalty of perjury that the foregoing is true.

Dated: October 5, 2026

DANIEL N. ROSEN
United States Attorney

*s/ Anthony P. Barrows*

BY: ANTHONY P. BARROWS
Assistant U.S. Attorney
Attorney ID Number 0392796
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: anthony.barrows@usdoj.gov
Attorneys for Federal Respondents